[No. 32166-8-I. Division One. August 22, 1994.]

KRISTEN SISCO, *Respondent*, v. NATIONAL CAR RENTAL,
INC., *Defendant*, TONY TONELLATO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-24737-6, Ann Schindler, J., entered October

26, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Agid, J.